UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                            :
UNITED STATES OF AMERICA,           :
                                            :
                           Plaintiff,      :
                                            :              24-CR-212 (VSB)
                  - against -                :
                                            :              **ORDER**
BRIAN MEJIA,                                  :
                                  Defendant.  :
                                            :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

An evidentiary hearing regarding Defendant's motion to suppress certain identification evidence is currently scheduled for May 2, 2025 at 2 p.m. The parties indicate that they each plan to call one witness, and estimate the hearing to last about two hours. On April 16, 2025, the Government filed a letter seeking to preclude the testimony of the Defendant's expert Dr. Kathy Pezdek. (Doc. 41.) Accordingly, it is hereby:

ORDERED that the evidentiary hearing currently scheduled for May 2, 2025 at 2 p.m. is rescheduled to May 2, 2025 at 11:30 a.m.

IT IS FURTHER ORDERED that, by April 28, 2025, Defendant respond to the Government's April 16, 2025 letter.

IT IS FURTHER ORDERED that the April 21, 2025 deadline for the list of witnesses and exhibits, exhibits, and 3500 materials pursuant to the Jencks Act, (*see* Doc. 34), is extended. The new deadline shall be April 28, 2025.

SO ORDERED.

Dated:      April 18, 2025
              New York, New York

                                                    Vernon S. Broderick
                                                   United States District Judge