*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**

**BY ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Date: August 1, 2025

**Re:** *United States v. Brian Mejia*, **24 Cr. 212 (VSB)**

Dear Judge Broderick:

The Government respectfully requests that the deadline for the final presentence investigation report, which is currently August 1, 2025, be adjourned by two weeks to August 15, 2025. The Court previously granted the defense an additional two weeks to file objections, and the requested adjournment will give the Probation Office sufficient time to consider the defendant's objections and the Government's responses. The defendant and Probation Office consent to the request, which will not affect any other deadlines in advance of sentencing (which is scheduled for October 7, 2025).

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Patrick R. Moroney
Assistant United States Attorney
(212) 637-2330

cc (by ECF):   All Counsel of Record